UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X

|  |  |
|---|---|
| IN RE: | CASE NO.: 20-14260-mdc |
|  | CHAPTER: 13 |
| William C Panetta, |  |
|  | **NOTICE OF APPEARANCE** |
| Debtor. |  |
|  | HON. JUDGE.: |
|  | Magdeline D. Coleman |

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for SN Servicing Corporation
> 1325 Franklin Avenue, Suite 230
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: December 2, 2020
     Garden City, New York

                                            By: /s/ Lorraine Gazzara Doyle
                                            Lorraine Gazzara Doyle, Esq.
                                            FRIEDMAN VARTOLO, LLP
                                            Attorneys for SN Servicing Corporation
                                            1325 Franklin Avenue, Suite 230
                                            Garden City, NY 11530
                                            T: (212) 471-5100
                                            F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------------X
|  |  : |  |
| IN RE: | : | CASE NO.: 20-14260-mdc |
|  | : | CHAPTER: 13 |
| William C Panetta, | : |  |
|  | : | HON. JUDGE.: |
| Debtor. | : | Magdeline D. Coleman |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |

-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I, Lorraine Gazzara Doyle, certify that on December 2, 2020 I caused to be served a true copy of the annexed **NOTICE OF APPEARANCE** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/Lorraine Gazzara Doyle

FRIEDMAN VARTOLO LLP

1325 Franklin Avenue, Ste. 230

Garden City, New York 11530

T: (212) 471-5100

F: (212) 471-5150

## S̲ervice̲ L̲ist̲

William C Panetta
37 Dale Drive
Royesford, PA 19468
***Debtor***

ALAN B. KANE
600 Louis Drive
Suite 201
Warminster, PA 18974
***Debtor's Attorney***

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
***Trustee***

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
***U.S. Trustee***