**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> WILLIAM C PANETTA | Chapter 13 |
| Debtor | Bankruptcy No. 20-14260-MDC |

# **O R D E R**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

April 15, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
ALAN B KANE ESQ
600 Louis Drive
SUITE 201
Warminster, PA 18974-

Debtor:
WILLIAM C PANETTA

37 DALE DRIVE

ROYERSFORD, PA 19468